UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| MARTHA ANN WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:11-cv-0128 |
| ) | Judge Sharp/Brown |
| UPPER CUMBERLAND ELECTRIC ) | Jury Demand |
| MEMBERSHIP CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

This case has been on referral to the undersigned for case management. It appears from the docket that all deadlines have now passed and there is a pending dispositive motion before Judge Sharp (Docket Entry 15).

Inasmuch as there appear to be no further proceedings to be conducted before the Magistrate Judge, the Clerk is **directed** to term the referral and transmit this file to Judge Sharp.

If the parties believe Alternative Dispute Resolution (ADR) would be useful, they may contact the Magistrate Judge's office to request assistance.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge