IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| MARTHA WRIGHT, | ) |
| | ) |
| | ) Case No. 2:11-0128 |
| v. | ) JUDGE SHARP |
| | ) |
| UPPER CUMBERLAND ELECTRIC | ) |
| MEMBERSHIP CORPORATION | ) |

**O R D E R**

Defendant's Motion for Summary Judgment (Docket No. 15) is hereby scheduled for oral argument on Monday, April 7, 2014, at 11:30 a.m. in Cookeville, Tennessee.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE