**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **MARTHA WRIGHT,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 2:11-0128** |
| | ) | **Judge Sharp** |
| **UPPER CUMBERLAND ELECTRIC** | ) | |
| **MEMBERSHIP CORPORATION,** *et al.* | ) | |

## ORDER

For the reasons stated on the record at the hearing held in Cookeville, Tennessee on April 7, 2014, Defendants' Motion for Summary Judgment (Docket No. 15) is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to Plaintiff's claims for outrageous conduct and her claim for aiding and abetting against Defendants James D. Gregory and Tammie Key. Those claims and those Defendants are hereby DISMISSED WITH PREJUDICE. The Motion is DENIED with respect to Plaintiff's claims against Defendant Upper Cumberland Electric Membership Corporation for discrimination, harassment, and retaliation.

This matter is hereby scheduled for a jury trial on October 28, 2014, at 9:00 a.m. in Cookeville, Tennessee. The final pretrial conference will be held on September 29, 2014, at 1:30 p.m. in Nashville, Tennessee.

The deadlines for trial-related matters will be addressed in a subsequent Order close to the trial date.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE