IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| MARTHA ANN WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:11-0128 |
| | ) | |
| VS. | ) | Judge Sharp |
| | ) | Magistrate Judge Brown |
| UPPER CUMBERLAND ELECTRIC | ) | |
| MEMBERSHIP CORPORATION, ET AL | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between the parties and their respective counsel that the above-captioned case is hereby voluntarily dismissed with prejudice pursuant to Federal Rule Civil Procedure Rule 41(a)(1)(ii).

Stipulated by the parties on this 4th day of December, 2014.

It is so ORDERED.

Entered this 5th day of December, 2014.

_____
HONORABLE KEVIN SHARP
United States District Court Judge

APPROVED FOR ENTRY

 s/ Stephen W. Grace
Stephen W. Grace, TN BPR No. 14867
1019 16th Avenue South
Nashville, Tennessee 37212
(615) 255-5225

*Attorney for Plaintiff*

s/ H. Rowan Leathers III
H. Rowan Leathers III, TN BPR No. 10023
Valeria E. Gomez, TN BPR No. 32131
Butler Snow LLP
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
(615) 651-6700

*Attorney for Defendants*

ButlerSnow 23638464v1